IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK M. GREENBERG, | No. C 16-06248 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING LEAVE TO AMEND COMPLAINT** |
| AMERIPRISE FINANCIAL, *et al.*, | |
| Defendants. | |

The parties appeared before the Court today for a case management conference and hearing on a motion to dismiss (Dkt. No. 15). As stated on the record, plaintiff shall have until **DECEMBER 29 AT NOON** to file an amended complaint, after which defendants may file a new motion to dismiss the amended complaint.

Plaintiff assured the Court today that this deadline is acceptable. If he misses the deadline, this action will likely be dismissed. Plaintiff should plead his best case and is unlikely to be given further opportunity to amend.

**IT IS SO ORDERED.**

Dated: December 15, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE