```
RICK M. GREENBERG
4163 Central Ave
Fremont CA 94536
408-483-4367
Fax Number:_____
E-mail Address:_____

Pro Se Plaintiff
```

**RECEIVED**
DEC 29 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANSICO DIVISION

| | |
|---|---|
| RICK M. GREENBERG _____ _____ Plaintiff(s), vs. AMERIPRISE FINANICAL INC, RIVERSOURCE LIFE INSURANCE COMPANY, MEDICAL CONSULTANT NETWORK AND HOWARD BELFER, M.D. _____ Defendant(s). _____ | Case Number:   C 16-06248 WHA  _____ *Title of Document:* AMENDED COMPLAINT _____ _____ **FILED** DEC 29 2016 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |

   PLEASE TAKE NOTICE THAT ON December 29, 2016 the plaintiff Rick M Greenberg (hereinafter "plaintiff") does hereby and respectfully submits to this court in pursuance of this court's order to submit this amended complaint._____
_____
_____
_____
_____
_____
_____
_____

TITLE OF DOCUMENT:_____      CASE NO.: _____

PAGE NO. ____ OF ____    [JDC TEMPLATE]

1. Defendant AMERIPRISE FINANICAL Inc is, and at all times mentioned was, a resident of Minnesota.

2. Defendant RIVERSOURCE LIFE INSURANCE COMPANY is, and at all times mentioned was, a resident of Minnesota

3. On or about 1996 at Campbell, Santa Clara County, California, plaintiff and defendant RIVERSOURCE entered into a written agreement and made a part of this pleading.

4. Plaintiff has performed all conditions, covenants, and promises required on his part to be performed in accordance with the terms and conditions of the contract.

5. On or about March 5, 2007 defendant informed plaintiff that they would begin a process of evaluating the "any occupation" clause of the contract, via an independent medical evaluation and that defendant RIVERSOURCE did subsequently breach the contract, through the violation of the implied covenant of the contract, in the presence of bias, conspiratorial behavior, and destruction of independence and potential improprieties by counsel for the defense and defendants' tendency to withhold evidence and quite possibly undermining the judicial process and the ability for the plaintiff to have a viable case

6. The evidence will additionally show interference done by the parent company AMERIPRISE FINANICAL INC in the operations of its subsidiary RIVERSOURCE and the execution of the suggested independent medical evaluation

7. These allegations will be substantiated by evidence secured during discovery of the related case GREENBERG I on June 18, 2012

8. Further evidence will show the doctor performing the evaluation and examination may have received direct communication from the insurance company thus creating a conflict of interest and quite possibly influencing his finding

9. Additional documentation will show the refusal with a legitimate request by the plaintiff for copies of his medical reports and whole claims file and finding thus creating an air of conspiracy

TITLE OF DOCUMENT:_____ CASE NO.:_____

PAGE NO.____ OF ____   [JDC TEMPLATE]

1
2
3
4
5
6   Plaintiff certifies that theforegoing is true and correct to the best of his ability and is in accordance with FRCP 11
7
8
9
10  Dated December 29, 2016
11
12
13  _____
14  Rick M Greenberg Plaintiff Pro Se
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TITLE OF DOCUMENT:_____   CASE NO.: _____

PAGE NO. ___ OF ___   [JDC TEMPLATE]

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____
7
8  Date: _____   Sign Name: _____
9                                Print Name: _____
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TITLE OF DOCUMENT:_____   CASE NO.: _____

PAGE NO. ___ OF ___   [JDC TEMPLATE]